```
                         United States Bankruptcy Court
                          Eastern District of Arkansas
In re:                                                       Case No. 12-16079-rdt
Jason Michael Stevens                                        Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0860-5         User: arch              Page 1 of 2          Date Rcvd: Oct 19, 2012
                             Form ID: odecondf       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2012.
db            #+Jason Michael Stevens,    236 Season Rd.,    Mabelvale, AR 72103-9763

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0860-5          User: arch              Page 2 of 2              Date Rcvd: Oct 19, 2012
                              Form ID: odecondf       Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2012 at the address(es) listed below:
    Jack W. Gooding  noticing@ark13.com
    Stephen Wade Parker  on behalf of Debtor Jason Stevens parker@rainfirm.com, bknotices@rainfirm.com
    U.S. Trustee (ust)  USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;eliane.m.archambeault@usdoj.gov
                                              TOTAL: 3

Form odecondf

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:     Jason Michael Stevens
           Debtor

Case No.: 5:12−bk−16079
Chapter: 13

## ORDER REGARDING DECONSOLIDATION DEFICIENCIES

WHEREAS, the referenced debtor (and his/her spouse) commenced a joint case by filing a joint petition: and

WHEREAS, pursuant to the previously filed motion, the joint case has been separated into two (2) cases;

The referenced debtor is hereby directed to file the documents indicated below:

**Due within seven (7) business days:**

☑ List of Creditors

**Due within fourteen (14) days:**
Summary of Schedules, Page 1 (Form 6−Summary)
Statistical Summary, Page 2 (Form 6−Summary)
Schedules A thru J
Statement of Financial Affairs (Form 7)
Attorney Disclosure of Compensation
Declaration Concerning Debtor's Schedules (Form 6−Declaration)
Narrative of Plan
Notice of Opportunity to Object
Statement of Current Monthly Income (Form 22C)

Signature block "/s/ *name*" is missing from:
N/A

FAILURE TO FILE THESE DOCUMENTS OR TO FILE A MOTION FOR EXTENSION OF TIME WITHIN THE REQUIRED TIME PERIOD WILL RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE FROM THE COURT.

Dated: 10/19/12

UNITED STATES BANKRUPTCY JUDGE